[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
SEPTEMBER 29, 2010
JOHN LEY
CLERK

No. 09-12951
Non-Argument Calendar
_____

D. C. Docket No. 08-00099-CR-J-20-TEM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TEDDY LEONEL CRUZ-VELEZ,
a.k.a. Rene Ortega,
a.k.a. Juan Dunn,
a.k.a. Jet Ski,
a.k.a. Rene Negron-Ortiz,
a.k.a. Benjamin Marrero,
a.k.a. Renee Ortiz-Negron,
a.k.a. Hector Nieve,
a.k.a. Jose Dubal,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida
_____

(September 29, 2010)

Before EDMONDSON, MARTIN and KRAVITCH, Circuit Judges.

PER CURIAM:

Richard A. Selinger, appointed counsel for Teddy Leonel Cruz-Velez in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Cruz-Velez's conviction and sentence are **AFFIRMED**.